

**Kelly Barton Terry**
<Kelly_Barton_Terry@wied.uscourts.gov>
05/02/2006 10:47 AM

To: ldupuis@aclu-wi.org
cc:
bcc:
Subject: Electronic Filing in Case No. 06-CV-537

Dear Attorney Dupuis:

We received a disk/CD from you which contains a copy of Document No. 1, Class Action Complaint, in Case No. 06-CV-537. We were unable to access the document on the disk/CD for its inclusion to the case docket because it is larger than 2 Megabytes. Please break the document into smaller files, each not exceeding 2 Megabytes and resubmit a disk/CD to us within 48 hours or e-mail the PDF files to wied_clerks_milw@wied.uscourts.gov. See Section ii.a.4 (Criminal) or Section II.a.5 (Civil) of the Criminal/Civil Electronic Case Filing Policies and Procedures Manual for more information.

If you have any questions, please contact me.

Thank you

Kelly Barton Terry
Clerk's Office, U.S. District Court
414-297-1207
Kelly_Barton_Terry@wied.uscourts.gov