UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

KRISTINE FLYNN, LENDA FLOURNOY,
VERNESSIA PARKER and DEBBIE ANN
RAMOS, on behalf of themselves and all
others similarly situated,

       Plaintiffs,

v.                                         Case No. 06-C-0537

JIM DOYLE, Governor of Wisconsin;
MATTHEW FRANK, Secretary, Wisconsin
Department of Corrections (WDOC); JAMES
GREER, Director, WDOC Bureau of Health
Services (BHS); DAVID BURNETT, M.D.,
Medical Director, BHS; KEVIN KALLAS, M.D.,
Mental Health Director, BHS; DONALD
HANDS, Ph.D., Psychology Director, BHS;
BARBARA RIPANI, Dental Director, BHS;
ANA BOATWRIGHT, Warden, Taycheedah
Correctional Institution (TCI); HOLLY MEIER,
R.N., Health Services Unit Manager, TCI;
STEVEN MERESS, M.D., Supervising Physician,
TCI,

       Defendants.
_____

**CERTIFICATE OF INTEREST**

_____

       The undersigned, counsel of record for plaintiffs furnishes the following list in compliance with General L.R. 83.9:

(1)    The full name of every party or amicus represented in the above case:

       Kristine Flynn

       Lenda Flournoy

Vernessia Parker

Debbie Ann Ramos

(2) The parties represented are not corporations and accordingly have no parent corporations or stockholders.

(3) The names of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:

American Civil Liberties Union of Wisconsin Foundation, Inc.

American Civil Liberties Union Foundation, Inc.

Dated this 2nd day of May, 2006.

/s Laurence J. Dupuis
Laurence J. Dupuis
State Bar No. 1029261
American Civil Liberties Union of
Wisconsin Foundation, Inc.
207 E. Buffalo St., #325
Milwaukee, WI 53202
(414) 272-4032
ldupuis@aclu-wi.org