# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KRISTINE FLYNN**, *et al*, **on behalf of themselves and all others similarly situated,**

                Plaintiff**s,**

                **Case No. 06-C-537**

    **-vs-**

**JIM DOYLE**, *et al*,

                Defendant**s.**

## REVISED SCHEDULING ORDER

Pursuant to the stipulation and agreement of the parties, and for the reasons set forth in the parties' joint motion, the Scheduling Order entered by the Court on April 5, 2007, is **HEREBY MODIFIED** and **IT IS ORDERED** that the following scheduling deadlines shall apply to this case:

1. **Initial Disclosures.** The parties have mutually agreed to waive initial disclosures in this action.

2. **Motions to Join Parties or Amend Pleadings.** All motions to join parties or amend pleadings shall be filed by **June 15, 2007.**

3. **Plaintiffs' Expert Disclosures.** Plaintiffs shall serve their expert disclosures pursuant to Rule 26 and Civil L.R. 26.1 no later than **September 7, 2007.**

4. **Defendants' Expert Disclosures.** Defendants shall serve their expert disclosures pursuant to Rule 26 and Civil L.R. 26.1 no later than **October 9, 2007.**

5. **Rebuttal Experts.** Plaintiffs shall designate rebuttal experts and serve necessary disclosures no later than **November 9, 2007.**

6. **Discovery**. All requests for discovery shall be served by a date sufficiently early so that all discovery is completed no later than **November 21, 2007.**

7. **Dispositive Motions.** Dispositive motions are to be filed no later than **December 21, 2007,** and in accordance with Civil L.R. 7.1.

Dated at Milwaukee, Wisconsin, this 16th day of April, 2007.

                                        **SO ORDERED,**

                                        **s/ Rudolph T. Randa**
                                        **HON. RUDOLPH T. RANDA**
                                        **Chief Judge**