UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KRISTINE FLYNN, et al.,**

        Plaintiffs,

**Case No. 06-C-537**

    **-vs-**

**JIM DOYLE, et al.,**

        Defendants.

## MODIFIED SCHEDULING ORDER

Pursuant to the stipulation and agreement of the parties, and for the reasons set forth in the parties' joint motion, the Revised Scheduling Order entered by the Court on April 16, 2007, is hereby modified and it is ordered that the following scheduling deadlines shall apply to this case:

1. **Plaintiffs' Expert Disclosures**. Plaintiffs shall serve their expert disclosures pursuant to Rule 26 and Civil L.R. 26.1 no later than **October 15, 2007.**

2. **Defendants' Expert Disclosures.** Defendants shall serve their expert disclosures pursuant to Rule 26 and Civil L.R. 26.1 no later than **November 16, 2007.**

3. **Rebuttal Experts.** Plaintiffs shall designate rebuttal experts and serve necessary disclosures no later than **December 17, 2007.**

4. **Discovery.** All requests for discovery shall be served by a date sufficiently early so that all discovery is completed no later than **January 11, 2008.**

5. **Dispositive motions.** Dispositive motions are to be filed no later than **February 15, 2008,** and in accordance with Civil L.R. 7.1.

Dated at Milwaukee, Wisconsin, this 17th day of July, 2007.

          **SO ORDERED,**

          s/ Rudolph T. Randa
          **HON. RUDOLPH T. RANDA**
          **Chief Judge**