UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

KRISTINE FLYNN, *et al.*, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.                                                           Case No. 06-CV-537-RTR

JIM DOYLE, *et al.*,

    Defendants.

---

**ORDER GRANTING MOTION TO WITHDRAW CLASS REPRESENTATIVE**

---

**IT IS HEREBY ORDERED** that Lenda Flournoy is withdrawn as a Class Representative in the above-captioned action.

Dated at Milwaukee, Wisconsin, this 23rd day of August, 2010.

**SO ORDERED**,

*s/ Rudolph T. Randa*
**Hon. Rudolph T. Randa**
**U.S. District Judge**